IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**CALVIN D. MOODY**,<br><br>Defendant | NO. 5: 03-MJ-08-04 (CWH)<br><br>**VIOLATION: 18 U.S.C. §661** |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #3) filed herein by counsel for the United States, and for cause shown, said motion is GRANTED. This proceeding against defendant CALVIN D. MOODY is DISMISSED *without prejudice*.

SO ORDERED AND DIRECTED, this 15th day of NOVEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE